**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 19-7711**

───────────

TIMOTHY E. WILLIAMS,

        Plaintiff - Appellant,

    v.

JOHNSON & CARTWRIGHT, Deputy Sheriff; CARTWRIGHT, Deputy Sheriff; CHESAPEAKE SHERIFF'S DEPARTMENT,

        Defendants - Appellees.

───────────

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Rebecca Beach Smith, Senior District Judge.  (2:19-cv-00355-RBS-LRL)

───────────

Submitted:  August 10, 2022               Decided:  September 14, 2022

───────────

Before KING and AGEE, Circuit Judges, and TRAXLER, Senior Circuit Judge.

───────────

Affirmed by unpublished per curiam opinion.

───────────

Timothy E. Williams, Appellant Pro Se.

───────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Timothy E. Williams appeals the district court's order dismissing Williams' 42 U.S.C. § 1983 action without prejudice due to his failure to comply with the court's order that Williams pay the filing fee. On appeal, we confine our review to the issues raised in the informal brief. *See* 4th Cir. R. 34(b). Because Williams' informal brief does not challenge the basis for the district court's disposition, he has forfeited appellate review of the court's order. *See Jackson v. Lightsey*, 775 F.3d 170, 177 (4th Cir. 2014) ("The informal brief is an important document; under Fourth Circuit rules, our review is limited to issues preserved in that brief."). Accordingly, we affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*